# Court of Appeals
# of the State of Georgia

ATLANTA,___June 15, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1646.   SHIRLEY A. KINNEMORE v. MATTHEW MOORE, JR.

Shirley A. Kinnemore sought indigent status in the trial court under OCGA 9-15-2 to allow her to appeal without paying costs. The trial court denied her request, finding that she was able to pay. She filed a notice of appeal challenging that order. But Georgia law does not allow an appeal from such findings. *See* OCGA 9-15-2(a)(2) ("The judgment of the court on all issues of fact concerning the ability of a party to pay costs or give bond shall be final."); *Penland v. State*, 256 Ga. 641, 352 S.E.2d 385 (1987); *Morris v. Ga. Dep't of Transp.*, 209 Ga. App. 40, 40, 432 S.E.2d 638 (1993) (trial court's factual determination that party lacks indigent status "is final and not subject to review by this court") (citations omitted). Accordingly, the notice of appeal presents nothing for this Court's review and must be DISMISSED. Accordingly, Appellee's motion for EXTENSION TO FILE BRIEF is moot.



*Court of Appeals of the State of Georgia*
       *Clerk's Office,*
*Atlanta,_____06/15/2016_____*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*